FILED
IN CLERK'S OFFICE

2025 DEC 29 AM 9: 40

| UNITED STATES DISTRICT COURT<br>District of Massachusetts | |
|---|---|
| Randall Phillips<br>(Plaintiff)<br><br>vs<br><br>Harvard University<br>(Defendant) | Case No:<br><br>Jury demanded |

# Race/origin/age PhD admission discrimination complaint

## I . Jurisdiction

1 . This is a federal question under 28 U.S.C. §1331:

(1) Graduate/PhD admission discrimination based on race and/or origin (violation of Civil Right Act of 1964 (42 USC §2000d));

(2) Graduate/PhD admission discrimination based on age (violation of Age Discrimination Act of 1975 (42 USC §6101 et seq.)).

## II . The parties to the complaint

2 . The plaintiff is Randall Phillips, an African American over 40, currently living at 240 E Fond du Lac St, Ripon, WI 54971; Email: Randall.P2023@gmail.com; Cellphone: (920) 203 9997.

3 . The defendant is Harvard University, a non-profit private university that receives multi-billion-dollar grants from federal government. Harvard University's known address is 1350 Massachusetts avenue, Cambridge, MA 02138. Phone: (617) 495-7792.

## III . Standing to sue

4 . One of the most often heard quotes from Dr Martin Luther King Jr is the following: "*I have a dream that my four little children will one day live in a nation where they will not be judged by the*

1

*color of their skin but by the content of their character*". Sadly, the dream has not yet come true for Blacks/African Americans when it comes to the access to graduate/PhD programs in Statistics and Economics at Harvard University.

5 . Harvard University was an Affirmative Action university, but even before US Supreme Court in June 2023 outlawed Affirmative Action, admission staff of Harvard University did already intentionally discriminate against qualified Blacks/African Americans like me for access to graduate/PhD programs in Statistics and Economics. I know from 20 year lived experience during which I sought participation but denied admission to graduate/PhD programs in Statistics and Economics of Harvard University whereas my non-underrepresented peers had been admitted.

6 . In fact, I am highly gifted Black/African American who have been especially prepared for PhD study and research career in Statistics and Economics. I have been seeking admission to PhD programs in Statistics and Economics of Harvard University since 2005. Not only am I qualified, but I am even an ideal candidate (best qualified candidate) for the PhD programs in Statistics and Economics. But so far in 20 years period, admission staff of Harvard University have always denied me admission. They preferred admitting less qualified younger, non-underrepresented applicants, especially foreign applicants.

7 . In other word, the graduate/PhD admission discrimination against qualified Blacks/African Americans like me is not the mere occurrence of isolated or accidental or sporadic admission discrimination acts of admission staff of Harvard University, but rather their regular admission practice vis-a-vis underrepresented Black/African American graduate/PhD applicants like me. Harvard University Press did already publicly admit this fact in 2016. The Dean for Admission and Financial Aid of Harvard University (Mohan D. Boodram) did also confirm the different treatment against me compared to similarly situated graduate/PhD applicants outside my protected classes.

8 . These are the reasons why I decided to file this complaint on my own behalf and on behalf of hundreds, if not thousands, of my Black fellows that have been unlawfully excluded from participating to graduate/PhD programs in Statistics and Economics of Harvard University.

## IV . My academic backgrounds

9 . I am African American Mathematics genius of modest origin. I was 6 years old and my 5 siblings were between 3 months old (the youngest) and 16 years old (the eldest) when our father passed away. Then our mother raised us alone on her own. So, basically, I grew up an orphan in a poor, monoparental rural family. But I have always highly valued education and hard work combined with unwavering ambition.

10 . I started taking College Mathematics courses since 10th grade. My High School Mathematics courses did already include Math proofs similar to the famous .Harvard University's Math 55A and Math 55B[1]. At Exhibit 1 is the kind of Math exams I took when I was still in High School: it's Math proofs, already beyond College Algebra and beyond College Calculus.

11 . I got an ETS Recognition Of Excellence (ROE) award in Mathematics. It means that I am among the top 15% best US Mathematicians at Bachelor level.

12 . I aced the rigorous, merit-based, standardized, written Mathematics competitive examination for access to the prestigious/elite "*Statistician and Economist Engineer*" training program of French "grande ecole" ENSAE Paris Tech[2]. A sample of the Mathematics competitive exams for access to the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech is at Exhibit 2: it's Complex Analysis (pages 1 to 4) and Abstract Linear Algebra (pages 4 to 6), typically considered graduate-level Mathematics exams at the majority of US universities. In case you are not familiar with "grandes ecoles" (literally meaning big/great schools) in France and in former French colonies, here in the following paragraphs below are basic information about them.

13 . First, you can check the Exhibit 4, a document from Franco-American Commission for Educational Exchange (Fulbright Commission). It says, I quote, "*The Grandes Ecoles, which are considered to be the pinnacle of French higher education, represent a sector of the educational*

---

[1] I recall that each year, less than 3% of Harvard University's freshman students succeed to complete the Math 55A and Math 55B.
[2] ENSAE stands for "Ecole Nationale de la Statistique et de l'Administration Economique" (National School of Statistics and Economic Administration).

*system which is unlike anything known in American academia. They are very selective and prestigious schools of higher education... The admission to each Grande Ecole is strictly limited annually by the Board of each institution... In general, <u>the best students who finish secondary school enroll in the courses for the preparation of the Grandes Ecoles entrance examination</u>... This competitive entrance examination requires intensive preparatory work. A student seeking entrance to one of these schools may complete the work in two years. But three years is not unusual for preparation of the exam...*". Moreover, there are 2 or 3 tiers of "grandes ecoles" where the tiers 1 are the most prestigious and their access exams are the most challenging. "*In order to increase their chances of gaining admission into a Grande Ecole, candidates frequently take the competitive entrance examination of several institutions of varying rank. Thus, if the candidate is successful in gaining entry to several of these schools, he selects the most prestigious*" says the document of Fulbright Commission. If the student fails all his/her "grande ecole" entrance examinations, he/she will transfer to a university to get a Bachelor degree in one of the academic fields of his/her preparatory classes. For example, if the student does preparatory classes in MP (Mathematics and Physics) and fails all his/her "grande ecole" entrance examinations, he/she will transfer to a university to get a Bachelor of Science (BS) degree in Mathematics or Statistics or Computer Science or Physics or Mechanics or other academic field related to Mathematics and Physics. Furthermore, the page 2 of the document of Fulbright Commission also says that, I quote, " *The teaching in the Grandes Ecoles... is directed towards the preparation of a professional career... In all the professional sectors of the French economy, employers often show a tendency to give preference to graduates of the Grandes Ecoles over graduates from the French universities*". i.e. In the eyes of French employers who are familiar with the "grandes ecoles", the "ingénieur" (engineer) diplomas from "grandes ecoles" are better indicator of competence and skills compared to diplomas from universities. On top of that, the Fulbright Commission's document also says, I quote, "*The teaching in the Grandes Ecoles is of a very high level... This teaching is more theoretical and more general than in American university departments*". Thus, the graduates of "grandes ecoles" are well prepared, if not better prepared, for PhD studies compared to the graduates US Colleges because PhD programs are theoretical studies.

14 . Second, you also can check the bottom of page 2 of Exhibit 5, a brochure of ENSAI (a tier 2 "grande ecole" of Statistics and Economics). The brochure says, I quote, "*WHAT IS A GRANDE*

4

*ÉCOLE? The French higher education system is two-fold: universities and grandes écoles. While university education starts immediately following completion of secondary school. Grandes écoles accept students who have successfully completed at least 2 years of intensive, post-secondary preparatory courses (classes préparatoires). Student recruitment is generally centered around national, competitive written and oral examinations... These graduate schools also have smaller student bodies, many more class hours, and a smaller student-professor ratio when compared to universities. <u>Grandes écoles generally propose more specialized programs, are recognized for their contributions to research, and have a reputation for educating the nation's top executives,</u> politicians, and civil servants. <u>Students graduating from grandes écoles</u> have completed 5 or more years of higher education and hold degrees (such as a diplôme d'ingénieur) that <u>are held in high esteem internationally.</u> These students <u>are also eligible for direct enrollment in doctoral programs</u>*". The last sentence means that the graduates of "grandes ecoles" are qualified for PhD programs in their fields of specialization. ENSAE Paris Tech and ENSAI are "grande ecole" of Statistics and Economics (ENSAE Paris Tech is tier 1, ENSAI is tier 2)[3]. Therefore, the graduates of ENSAE Paris Tech and the graduates of ENSAI are qualified for PhD programs in Statistics, Economics, Finance, Actuarial Science and related fields.

15 . Third, you also can check the technical recruiter Martin Jee of Oxenbury Partners (Exhibit 6) saying in plein English the following, I quote: "*What exactly is a Grande Ecole and what does it mean?... <u>Grandes Ecoles are the very, very best institutes for higher education that France has to offer;</u> these institutions are so good, so well regarded, that they seem to be like winning the lottery of life... <u>It's highly prestigious to attend one; and it's not just prestigious, it's elite</u>... People who attended a Grande Ecole will be part of the top 5% of academic students in their year; they will be the very brightest students their generation has to offer. Each Grande Ecole is highly selective and the entry bar is made very high... certain Grandes Ecoles will only take the best of the best...*". The tiers 1 "grandes ecoles" (usually nicknamed "A+"schools and representing less than 1% of College students in France) take only the best of the best. i.e. Only the best of the best can succeed to pass the written competitive examination for access to tiers 1 "grandes ecoles". You can check at Exhibit 2 a sample of the Mathematics competitive exams for access to tier 1 "grande ecole" of

---

[3] Their research center is called "Center for Research in Economics and Statistics (CREST).

Statistics and Economics (ENSAE Paris Tech) and at Exhibit 3 a sample of the Mathematics competitive exams for access to tier 2 "grande ecole" of Statistics and Economics (ENSAI): for the same allocated time of 4 hours, the tier 1 competitive exam contains 40 challenging Math proofs questions and the tier 2 competitive exam contains 20 challenging Math proofs questions, in contrast to standard College Math exams that contain less than 10 Math proofs questions.

16 . As I already said in paragraphs 14 and 15 above, the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech is a tier 1 "grande ecole" training in Statistics and Economics. Thus, only the best of the best can succeed to pass the written competitive examination for access to the program. The graduates of the program are considered to be elite, comparable to the top 1% best College students (Chancelor's list) majoring in Mathematics, Statistics and Economics. On top of that, the *"Statistician and Economist Engineer"* is a chartered professional diploma[4] and/or a trademark of academic excellence in Statistics and Economics. Thus, the graduates of the *"Statistician and Economist Engineer"* training program of ENSAE Paris Tech have an indisputable proof of competence and skills and competitiveness in Statistics and Economics.

17 . In fact, since its beginning around 80 years ago, the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech has been especially designed for Mathematics genius who want to do graduate/PhD studies and careers in Statistics, Economics, Finance and Actuarial Science. In particular, not only are the graduates of the program qualified for PhD studies and research careers in Statistics, Economics, Finance and Actuarial Science, but they are also ideal candidates (best qualified candidates) for PhD studies and research careers in these fields (paragraphs 20 and 21 below). That's why in more than 80 years of the history of the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech, a non-underrepresented graduate of the program never has been denied admission into a graduate/PhD program in the USA.

18 . It's also worth noting that the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech is a combined Bachelor of Science ("BS") and Master of Science ("MS") honors program with triple major in Mathematics, Statistics and Economics. The coursework of the program does

---

[4] In France and in former French colonies, only the graduates of the *"Statistician and Economist Engineer"* program of ENSAE Paris Tech are legally authorized to call themselves *"Statistician and Economist Engineer"*.

6

already contain PhD courses: up to 2nd year courses of PhD programs in Mathematics used in Economics and Finance, up to 2nd year courses of PhD programs in Statistics, and up to 2nd year courses of PhD programs in Economics. In particular, top ranking PhD programs in Economics and Finance in USA do all use manuals of the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech (English versions of manuals initially written in French language). Here are some examples: "*The Theory of Corporate Finance*" written by Professor Jean Tirole (2014 Nobel Economics laureate) and published by Princeton University Press (this book is used by 2nd year PhD students in Finance); "*The Theory of Industrial Organization*" written by Professor Jean Tirole and published by MIT Press (this book is used by 1st year or 2nd year PhD students in Economics and Finance); "*The Theory of Incentives: The Principal-Agent Model*" written by late Professor Jean-Jacques Laffont and published by Princeton University Press (this book is used by 1st year or 2nd year PhD students in Economics and Finance); "*The Economics of Uncertainty and Information*" written by late Professor Jean-Jacques Laffont and published by MIT Press (this book is used by 1st year or 2nd year PhD students in Economics and Finance); "*Financial Econometrics: Problems, Models, and Methods*" written by Professor Christian Gourieroux and published by Princeton University Press (this book is used by 2nd year PhD students in Statistics, Economics and Finance in USA); "*Simulation-Based Econometric Methods*" written by Professor Christian Gouriéroux and Professor Alain Monfort and published by Oxford University Press (this book is used by 2nd year PhD students in Statistics, Economics and Finance), etc. In other words, the graduates of the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech do already have a proven ability to succeed in PhD programs in Statistics, in PhD programs in Economics, in PhD programs in Finance, and in PhD programs in Actuarial Science.

19 . It's also worth noting that French grading system is stricter than the US counterpart (Exhibit 7). Less demanding French schools/programs may grade less stringently; but as you move on to more prestigious schools/programs, just getting a passing grade becomes a feat. The "*Statistician and Economist Engineer*" program of ENSAE Paris Tech is the most prestigious training in Statistics and Economics in France and in former French colonies (paragraphs 13 to 17 above), but not only did I get passing grade but I also managed to always get honors ("*Mention Assez-Bien*" honors and "*Mention Bien*" honors) during my study at the program. These "*Mention Assez-Bien*" honors and "*Mention Bien*" honors are comparable to Dean's list or Chancelor's list in USA. In other words, not only did I graduate from the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech, but I was also always above the average students of the program.

# V . The graduate/PhD admission discrimination of Harvard University against qualified Blacks/African Americans like me for access to PhD programs in Economics and Business Economics

20 . Business Economics is a sub-group of Economics; and Finance is one of core parts of Business Economics[5]. According to Professors of Economics and Finance at top ranking US universities such as Harvard University, the ideal candidate (the best qualified candidate) for the PhD programs and research careers in Economics and Finance is a candidate with strong Mathematics and Statistics knowledge and skills combined with solid background in Economics: the strong knowledge and skills in Mathematics and Economics are ideal for the study of Economics Theory and Finance Theory at PhD level; and the solid knowledge and skills in Statistics constitutes an additional ideal background for the research activities in Economics and Finance.

21 . The "*Statistician and Economist Engineer*" training program of ENSAE Paris Tech has been especially designed to give its students the ideal academic backgrounds for graduate/PhD studies and research careers in Economics and Finance: the graduates of the program have combined BS/MS honors degree not just in Mathematics and not just Mathematics and Economics, but Mathematics, Economics, and Statistics (paragraph 18 above). Therefore, not only are the graduates of the "*Statistician and Economist Engineer* " program of ENSAE Paris Tech qualified for PhD programs in Economics and Finance, but they are also ideal candidates (best qualified candidates) for the PhD programs and research careers in Economics and Finance.

22 . I am a graduate of the "*Statistician and Economist Engineer* " program of ENSAE Paris Tech, and I have been seeking admission to PhD programs in Statistics, Economics and Business Economics of Harvard University since 2005. I first applied and reapplied for admission to the PhD program in Economics. Then after I passed more than 4 actuarial certification exams (paragraph 31 below), I also applied for admission to the PhD program in Statistics. After that, I

---

[5] The PhD program in Business Economics is located at Harvard Business School. But during their first year PhD study, the students of the PhD program in Business Economics take their PhD courses in Economics at the Department of Economics with PhD students of the PhD program in Economics.

also applied and reapplied for admission to the PhD program in Business Economics with intention to specialize in Finance such as Corporate Finance and Enterprise Risk Management (paragraph 35 below).

23 . As a graduate of the "*Statistician and Economist Engineer*" training program of ENSAE Paris Tech, I am qualified for the PhD programs in Statistics, Economics and Business Economics of Harvard University (paragraph 14 above). In particular, not only am I qualified for the PhD programs in Economics and Business Economics of Harvard University, but I am even an ideal candidate (best qualified candidate) for these PhD programs in Economics and Business Economics (paragraphs 20 and 21 above).

24 . However, so far in 20 years period where I sought admission to PhD programs of Harvard University, the admission staff have always treated me differently compared to similarly situated applicants outside my protected classes: (i) they deny me admission whereas they admit my non-underrepresented peers graduates of the "*Statistician and Economist Engineer*" training program of ENSAE Paris Tech; (ii) and/or they deny me admission and they prefer admitting less qualified younger, non-underrepresented foreign applicants. For the PhD programs in Economics and Business Economics, admission staff of Harvard University always prefer admitting younger, non-underrepresented applicants, mainly foreign applicants, who are far from an ideal candidate for the PhD programs in Economics and Business Economics, rather than admitting a better qualified Black/African American ideal candidate like me.

25 . For example, last year in 2024, the PhD program in Business Economics of Harvard University admitted the younger, non-underrepresented applicants Baiyun Jing, Saketh Prazad, and Jay Garg. These younger, non-underrepresented applicants did all major in only Economics. Therefore, they were far from an ideal candidate for the PhD program in Business Economics of Harvard University (paragraph 20 above). i.e. They were less qualified than the ideal candidate like me (paragraphs 21 and 23 above). But the admission staff of Harvard University preferred admitting these less qualified younger, non-underrepresented candidates rather than admitting the better qualified underrepresented Black/African American like me.

9

26 . Another example, two years ago during the time Affirmative Action was still legal, the admission staff admitted the younger, non-underrepresented applicants Nathan Kaplan and Lev Klarnet; three years ago, the admission staff admitted the younger, non-underrepresented applicants Ruru Hoong, Sage Belz and Alex Magnuson, etc. These younger, non-underrepresented applicants did all major in only Economics; i.e. they were far from an ideal candidate for the PhD program in Business Economics (paragraph 20 above). Thus, they were less qualified than a Black/African American ideal candidate like me (paragraphs 21 and 23 above). But admission staff of Harvad University constantly violated their Affirmative Action policy and preferred admitting these younger, non-underrepresented applicants rather than admitting a better qualified underrepresented Black/African American ideal candidate like me.

27 . Still during the time Affirmative Action was legal, I asked Harvard University's admission staff their "reason" for denying me admission to the PhD program in Business Economics. The Dean for Admission and Financial Aid of Harvard University (Mohan D. Boodram) responded by saying, I quote, "*The Program in Business Economics is one of the most selective in the Graduate School. Each year it receives applications from many more students than it can possibly accept. Indeed, overall the Graduate School is only able to admit 6% of those who apply. In this very competitive environment, the decision to approve or deny admission is a complex one and does not rest on any single factor. The goal of the admissions committee is to select those applicants whose academic background and interests most strongly suggest a successful and mutually productive graduate career*".

28 . I recall that the graduates of the "*Statistician and Economist Engineer*" program of ENSAE Paris Tech are elite students who have been especially prepared to do PhD studies and research careers in Statistics, Economics and Finance, and they have an indisputable proof of competence and skills and competitiveness in Statistics and Economics (paragraphs 13 to 17 and 21 above). But Mohan D. Boodram suggested/implied that, "unlike the academic background and interests of my non-underrepresented ENSAE Paris Tech graduate peers, my academic background and interests do not strongly suggest a successful and mutually productive graduate career". i.e. Mohan D. Boodram treated me differently compared to similarly situated applicants outside my protected classes.

29 . Moreover, in publishing the research findings of Education Professor Julia Posselt titled *"Graduate Admissions: Merit, Diversity and Faculty Gatekeeping"* in 2016, Harvard University Press said, I quote, *"Inside Graduate Admissions presents admissions from decision makers' point of view.... Who ultimately makes the admit list reveals as much about how Professors see themselves — and each other — as it does about how they view students. Professors in these programs say that they admit on merit, but they act on different meanings of the term"*. In other words, Harvard University did already publicly admit that its graduate/PhD admission officers discriminate against the underrepresented graduate/PhD applicants such as Blacks/African Americans like me.

30 . Furthermore, since this year 2025, Harvard University doesn't let me to apply for admission to its PhD programs anymore. In fact, I tried to apply again for admission to the PhD program in Business Economics for Fall 2025 admission, but the admission staff didn't let me to submit an application anymore.

31. It's also worth noting that I have gradually passed actuarial certification exams of American Society Of Actuaries ("SOA") and Casualty Actuarial Society ("CAS") since July 2007. My initial objective was to get additional academic credentials to further proving my strong knowledge and skills in Mathematics, Statistics and Economics. In fact, SOA/CAS actuarial certification exams (such as Exam 1/Probability, Exam 2/Financial Mathematics, Exam 3/Financial Economics, etc.) are merit-based, standardized examination that measure the candidate's knowledge and skills in Mathematics, Statistics and Economics academic fields.

32 . You can check the web site of the Office of Personnel Management (OPE) of federal government, Actuarial Science, Series 1510 (Exhibit 8): a federal government employee with Bachelor degree in Mathematics, Statistics, Economics, Finance or Actuarial Science is paygrade GS-5; a federal government employee with 1 actuarial certification exam of SOA/CAS is paygrade GS-7 above GS-5/Bachelor degree; a federal government employee with 2 actuarial certification exams of SOA/CAS is paygrade GS-9 comparable to GS-9/Masters degrees in Mathematics, Statistics, Economics, Finance, and Actuarial Science; a federal government employee with 3 actuarial certification exams of SOA/CAS is paygrade GS-11 comparable to PhD degrees in

11

Mathematics, Statistics, Economics, Finance, and Actuarial Science; and a federal government employee with 4 actuarial certification exams of SOA/CAS is paygrade GS-12 above GS-11/PhD in Mathematics, above GS-11/PhD in Statistics, above GS-11/PhD in Economics, above GS-11/PhD in Finance, and above GS-11/PhD in Actuarial Science, etc.

33 . In other words, the rule in USA is simple and straightforward: a person with more SOA/CAS actuarial certification exams can't be less qualified than a person with less SOA/CAS actuarial certification exams, *ceteris paribus*; and/or a person with less SOA/CAS actuarial certification exams can't be better qualified than a person with more SOA/CAS actuarial certification exams, *ceteris paribus*.

34 . The graduate/PhD admission discrimination against me can be viewed through those SOA/CAS actuarial certification. First, I have already passed more than 4 SOA/CAS actuarial certification exams since 2009, whereas virtually all the candidates admitted to the graduate/PhD programs in Statistics, Economics and Business Economics of Harvard University have none or less than 4 SOA/CAS actuarial certification exams. Therefore, I can't be less qualified than them and/or they can't be better qualified than me. Second, in more than 100 years of the history of the American actuarial profession, there has never been a non-underrepresented person with 4 or more SOA/CAS actuarial certification exams denied admission to graduate/PhD program.

35 . It's also worth noting that, after I passed more than 4 SOA/CAS actuarial certification exams, I decided to plan to do academic actuary career. Academic actuaries are College professors with actuarial certifications from American Society of Actuaries (SOA) and/or Casualty Actuarial Society (CAS). I am planning to do academic actuary career with specialization in "*Corporate Finance and Enterprise Risk Management(CFE)*". It's called Professor of Actuarial Science with specialization in Corporate Finance and Enterprise Risk Management(CFE) if the professor works for a Department of Actuarial Science; and it's called Professor of Finance with specialization in Actuarial Science if the Professor works for a Business School Department. The best preparation for the CFE academic actuary career is doing PhD study in Finance or Business Economics with specialization in Corporate Finance. In fact, the advanced SOA/CAS actuarial certification exams for the specialization in CFE (such as *Foundations of Corporate Finance Exam* and *Enterprise*

12

*Risk Management Exam*) are all based on PhD courses in Finance. i.e. The PhD program in Business Economics with specialization in Finance of Harvard University does contain the courses I need to pass the advanced SOA/CAS CFE exams.

36 . One of the main reasons that motivated me to choose the academic actuary career plan is this: USA is in shortage of academic actuaries that can address research and education needs of the US actuarial profession, including both the theoretical and practical aspects. The American actuarial professional organization SOA did even create James C. Hickman Scholarships (4 to 6 new scholarships per year; $20,000 each; renewable up to 4 times) to encourage American citizens (those who can pass SOA/CAS actuarial certification exams) to do PhD study, get certified actuary and eventually become academic actuary.

37 . Preparing and passing actuarial certification exams are difficult and time consuming. Each exam requires 300 to 500 clock hours self-study and preparation. As a consequence, USA still don't have enough American PhD students to take the James Hickman Scholarships. Each year, the SOA gives away 60% to 100% of the scholarships to foreign PhD students in USA and in Canada (free money of up to $80,000) to encourage the foreign PhD students to stay to work in the USA or Canada after the end of their PhD studies. Starting last year in 2024, SOA did also extend the scholarship offer to foreign PhD students outside USA and Canada to encourage them to come to work to USA and/or Canada after the end of their PhD study. For instance, this year 2025, all the 6 new James Hickman scholarships were given to non-underrepresented foreign PhD students where 4 of them are studying outside USA: Haoqi Lyu in China, Yuan Zhuang in Australia, Mengqi Wang and Austin Riis-Due in Canada, and Panyi Dong and Tianhe Zhang in USA. The point is, I am American citizen who can pass SOA/CAS actuarial certification exams, thus, Harvard University has no lawful reason to bar me from accessing PhD program, getting the James C. Hickman scholarship and eventually becoming an academic actuary.

38 . Additionally, it's also worth noting that, pursuant to *42 USC §1862s–5 (Programs to expand STEM opportunities)*, the United States should encourage full participation of individuals from underrepresented populations in STEM such as African Americans like me. Also, pursuant to *42 USC §1885 (Congressional statement of findings and declaration of policy respecting equal*

*opportunities in science and engineering)*: *(i)* it is in the national interest of the USA to promote the full use of human resources in science and engineering and to insure the full development and use of the scientific and engineering talents and skills of men and women, equally, of all ethnic, racial, and economic backgrounds; *(ii)* and it is the policy of the USA to encourage men and women of all ethnic, racial, and economic backgrounds to acquire skills in science, engineering, and mathematics, to have equal opportunity in education, training, and employment in scientific and engineering fields.

39 . I am underrepresented Black/African American ideal candidate for the PhD program and research career in Finance and Actuarial Science, and I do already have the preferred qualification for the entry level academic actuary job[6]. The only thing remaining that prevents me from starting the academic actuary career is a PhD diploma. Therefore, Harvard University have no lawful reason to bar me from accessing PhD study. This is particularly true because Harvard University has received federal funds supposed to boost the participation of underrepresented Blacks/African Americans like me, pursuant to *42 USC §1862s–5 (Programs to expand STEM opportunities)* and/or *42 USC §1885 (Congressional statement of findings and declaration of policy respecting equal opportunities in science and engineering)*.

40 . Furthermore, it's also worth noting that the PhD study and research career in Economics and Finance is very lucrative. For example, non-underrepresented Anastassia got her PhD in Business Economics with specialization in Finance from Harvard University in 2018, and her entry level compensation as an Assistant Professor of Finance at University of California - Berkeley was around $338,716. Similarly, University of California – Berkeley has imported and sponsored my non-underrepresented ENSAE Paris Tech graduate peer Professor David (he is ENSAE Paris Tech graduate, class of 2003), and his total compensation as an Associate Professor of Economics and Finance at Haas School of Business of University of California – Berkeley was $574,293 in 2023.

---

[6] I have already passed more than 4 SOA/CAS actuarial certification exams (federal government employees with 4 or more actuarial certification exams like mine are at least paygrade GS-12 above GS-11/PhDs in Mathematics, Statistics, Economics, Finance and Actuarial Science). These SOA/CAS actuarial certification exams do already constitute a preferred qualification for the entry level Assistant Professor of Actuarial Science position. But I am not yet qualified for the entry level Assistant Professor of Actuarial Science position because I don't have a PhD diploma. The PhD diploma is required for tenured faculty position.

41 . I am ENSAE Paris Tech graduate from the class prior to the class of Professor David of University of California – Berkeley. If Harvard University didn't discriminate against me, I could have become a Professor of Economics and Finance like Professor David with a compensation of about $500,000 - $600,000 per year. Unfortunately, the graduate/PhD admission officers of Harvard University have always discriminated against me, and my lost wages do already amount to over 5 million of dollars.

42 . To sum up, graduate/PhD admission officers of Harvard University don't want the qualified Blacks/African Americans like me to get those high paying Professor of Economics and Finance jobs. They prefer admitting and training less qualified younger, non-underrepresented foreign PhD applicants to take those high paying jobs in USA. Harvard University does also prefer importing and sponsoring my foreign ENSAE Paris Tech graduate peers to take those high paying jobs. For example, Harvard Business School has imported and sponsored Professor Stefanie (she studied at ENSAE Paris Tech in 2008-2009 academic year) and Professor Vincent (he took ENSAE Paris Tech courses in 2005-2006 academic year).

**VI . Requested reliefs**

43 . I am asking the Court to order Harvard University to make me whole:
   (1) Offering me an admission to the PhD program in Business Economics with specialization in Finance for Fall 2026 admission.
   (2) Paying me my lost wages that do already amount to over 5 million of dollars.

44 . I am also requesting a Court injunction requiring admission staff of Harvard University to conduct all graduate/PhD admissions in a manner that does not permit the discrimination against qualified underrepresented Blacks/African Americans.

45 . I am also asking the reimbursement of my attorney fees and costs pursuant to 42 USC §1988 and any other applicable legal authority.

46 . And I am demanding a trial by jury in this action of all triable issues, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## VII . Certification and closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/22/2025

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: RANDALL PHILLIPS